UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DEBBIE MONTOYA, *et al.*,

          Plaintiffs,

vs.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

          Defendant.

Case No. 2:13-cv-01505-JCM-CWH

**ORDER**

This matter is before the Court on Plaintiffs' Motion for Extension of Time to Produce Additional New Evidence (doc. # 28), filed October 30, 2014. No opposition was filed by Defendant.

Pursuant to Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Accordingly, this Court grants Plaintiffs' motion to the extent Plaintiffs seek to obtain additional documents from Defendant that would allow Plaintiffs to file an amended motion to remand. However, this Court denies Plaintiffs' request for this Court to subpoena certain documents from Defendant.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Extension of Time to Produce Additional New Evidence (doc. # 28) is **granted in part and denied in part**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Remand to Agency (doc. # 27) is **denied as moot**.

DATED: November 21, 2014

_____
**C.W. Hoffman Jr.**
**United States Magistrate Judge**