DANIEL G. BOGDEN, NVBN 2137
United States Attorney
TIMOTHY R. BOLIN, CABN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Appellee

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

## (LAS VEGAS)

| | |
|---|---|
| IRENE MONTOYA o.b.o.<br>LAURIE J. WAINWRIGHT,<br><br>    Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:13-cv-01505-JCM-CWH<br><br>JOINT STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |

THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and subject to the

approval of the Court, to voluntary remand of this case for further administrative proceedings,

pursuant to sentence four of 42 U.S.C. § 405(g), and to entry of judgment for Plaintiff.

On remand, the Appeals Council will instruct an administrative law judge (ALJ) to consider

whether Plaintiff is reentitled to child's insurance benefits on her father's earnings record based on the

alleged annulment of her marriage, consistent with the provisions of 20 C.F.R. § 404.351 and Social

Security Rulings 81-11c and 84-1. The ALJ will further be instructed to develop the record as
necessary in order to make this determination.

Respectfully submitted,

Date: _Dec 04, 2014_

Debbie  _____
                       MONTOYA o.b.o.
LAURIE J. WAINWRIGHT
Plaintiff

Date: _December 1, 2014_

DANIEL G. BOGDEN
United States Attorney

_/s/ Timothy R. Bolin_
TIMOTHY R. BOLIN
Assistant United States Attorney
Attorneys for Defendant

OF COUNSEL:

DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
Office of the General Counsel

ORDER

Based on the parties' joint stipulation to voluntary remand pursuant to sentence four of
42 U.S.C.§ 405(g) and to entry of judgment, THE COURT ORDERS that this case be remanded to the
Social Security Administration for further proceedings consistent with the parties' joint stipulation,
and that judgment be entered for Plaintiff.

Date: February 13, 2015.

_____
UNITED STATES DISTRICT JUDGE

DANIEL G. BOGDEN, NVBN 2137
United States Attorney
TIMOTHY R. BOLIN, CABN 259511
Special Assistant United States Attorney
     Social Security Administration
     Office of the General Counsel
     160 Spear St Ste 800
     San Francisco, CA 94105
     Telephone: (415) 977-8982
     Facsimile: (415) 744-0134
     Email: timothy.bolin@ssa.gov
Attorneys for Appellee

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### (LAS VEGAS)

| | |
|---|---|
| DEBBIE MONTOYA *o.b.o.* LAURIE J. WAINWRIGHT, | ) No. 3:14-cv-00135-RCJ-VPC |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

I hereby certify that, on December 12, 2014, I served a copy of the foregoing stipulation on Plaintiff Debbie Montoya. I did so by sending it via U.S. mail to her at 338 South Water Street, Henderson, NV 89015.


Date: *December 12, 2014*          */s/ Timothy R. Bolin*
                               TIMOTHY R. BOLIN
                               Special Assistant United States Attorney
                               Attorney for Defendant